**Michael Craig CLARK, Plaintiff—Appellant,**

v.

**Stephanie C. GRAHAM; Richard Bollard; Perquimans County; State of North Carolina; United States of America, Defendants—Appellees.**

No. 04–2361.

United States Court of Appeals,
Fourth Circuit.

Submitted March 30, 2005.

Decided April 15, 2005.

Michael Craig Clark, Appellant pro se. Charles Everett Thompson, II, Elizabeth City, North Carolina; Mark Allen Davis,

Womble, Carlyle, Sandridge & Rice, Raleigh, North Carolina; David Roy Blackwell, Assistant Attorney General, Raleigh, North Carolina, Rudolph A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Michael Craig Clark appeals the district court's order denying relief on his civil complaint filed pursuant to 42 U.S.C. §§ 1983, 1985 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Clark v. Graham*, No. CA–04–1–2–BO (E.D.N.C. Sept. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*